**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EARNEST WILLIAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case number 4:06cv1069 TCM** |
| | ) | |
| **STEVE LARKINS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant 28

U.S.C. § 2254 petition for writ of habeas corpus is dismissed.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue from

this Court.


 /s/ Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE


Dated this 19th  day of August, 2009.